ZUZANA S. IKELS (State Bar #208671)
POLSINELLI PC
One Ferry Building, Suite 200
San Francisco, CA  94111-4213
Telephone:    415.391.4800
Facsimile:     415.989.1663

JAY E. HEIDRICK (MO #54699)
JEFF D. KLEYSTEUBER (MO #62182)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone:    816.753.1000
Facsimile:     816.753.1536

Attorneys for Defendant
J.E. DUNN CONSTRUCTION GROUP, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AUTOMATED MEDIA PROCESSING SOLUTIONS, INC., dba EQUILIBRIUM, a corporation,**<br><br>**Plaintiff,**<br><br>v.<br><br>**J.E. DUNN CONSTRUCTION GROUP, INC., a business entity, DOES 1-20, inclusive,**<br><br>**Defendants.** | Case No. C 14-05001 KAW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>JURY TRIAL DEMANDED |

The parties, having reached a settlement in the above captioned matter, do hereby stipulate to dismiss this matter, with prejudice, with each party to bear its own costs, fees and expenses.

**IT IS SO STIPULATED.**

50371406.1

|  |  |  |
|---|---|---|
|  |  | LAW OFFICES OF MICHAEL WELCH |
| Date: May 20, 2015 | By: | /s/ Michael Welch |
|  |  | MICHAEL WELCH |

Attorney for Plaintiff
AUTOMATED MEDIA PROCESSING
SOLUTIONS, INC., dba EQUILIBRIUM

POLSINELLI PC

|  |  |  |
|---|---|---|
| Date: May 20, 2015 | By: | /s/ Zuzana S. Ikels |
|  |  | ZUZANA S. IKELS |
|  |  | JAY E. HEIDRICK |
|  |  | JEFF D. KLEYSTEUBER |

Attorney for Defendant
J.E. DUNN CONSTRUCTION COMPANY

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation and motion, , IT IS HEREBY ORDERED that the above captioned matter is hereby dismissed with prejudice and that each party shall bear its own costs, fees and expenses.

IT IS SO ORDERED.

Dated: May 26, 2015

_____
HON. WILLIAM H. ORRICK
United States District Court Judge
Northern District of California

50371406.1